United States District Court
Southern District of Texas

**ENTERED**

January 11, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:17-cv-00001 |
|---|---|---|---|

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE |
|---|

| *versus* |
|---|

| UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, in his official capacity as the Commissioner of Food and Drugs, and UNITED STATES OF AMERICA |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel G. Jarcho<br>ALSTON & BIRD LLP<br>950 F Street, N.W.<br>Washington, D.C. 20004<br>(202) 239-3254 (telephone)<br>DC Bar #391837<br>US District Court of Maryland, Bar # 15291 | United States District Court<br>Southern District of Texas<br>**FILED**<br>JAN 4 2017<br>David J. Bradley, Clerk of Court |
|---|---|---|

| Name of party applicant seeks to appear for: | TEXAS DEPARTMENT OF CRIMINAL JUSTICE |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/3/17 | Signed: *Daniel G. Jarcho* |
|---|---|

| The state bar reports that the applicant's status is:  *active* |
|---|
| Dated: 1/d/17 | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: 1/11/17

*Georgia Hardy*
United States District Judge