## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| Texas Department Of Criminal Justice | § § | |
| *versus* | § § | Civil Action 3:17–cv–00001 |
| Food and Drug Administration, et al. | § | |

## NOTICE OF SETTING

A telephonic Discovery Hearing is set at the following date and time:

**1/26/2017 at 01:15 PM CST**

Request for Pre–Motion Conference – #13

Please call the Court's conference line at (409) 763-7801 **ten minutes** prior to the scheduled hearing.

Date:   January 24, 2017

David J. Bradley, Clerk