# HEARING MINUTES AND ORDER

Cause No. 3:17-cv-1
Style: Texas Dept. of Criminal Justice v Food and Drug Administration, et al
Hearing Type: Discovery Hearing (Telephonic)

Appearances:

| **Counsel:** | **Representing:** |
|---|---|
| Daniel Gordon Jarcho | Texas Department of Criminal Justice4 |
| Edward Larry Marshall | |
| Matthew Dennis Ottoway | |
| Tamara Rae Tenney | |
| | |
| Alexander V. Sverdlov | Food and Drug Administration |
| Paige Taylor | |
| Christine Kearsley | |
| | |
| Date:  1/26/17 | ERO: Dana Perez |
| Time: 1:31 pm -2:04pm | Relief Case Manager: Lorraine Trevino |

At the hearing, the following rulings were made:

1. Court hears discovery issues from parties.  Parties to submit by letter agreed dates for a Rule 26(f) conference by close of business on Tuesday, January 31, 2017.

Signed in Galveston, TX this 26th day of January, 2017.

_____
George C. Hanks, Jr.
United States District Judge