January 31, 2017

VIA EMAIL

Dana Perez
Case Manager to Judge George C. Hanks, Jr.
United States Courthouse
601 Rosenberg, Room 411
Galveston, TX 77550
galveston_cm@txs.uscourts.gov

      Re:    Rule 26(f)(1) Conference in *Texas Dep't Criminal Justice v. U.S. Food and Drug Administration, et al.*, Case No. 3:17-cv-00001

Dear Judge Hanks:

      During last week's teleconference in this case, you requested the parties to inform you when the Rule 26(f)(1) conference will be held in this case. The parties have agreed to have the conference on Tuesday February 14, 2017 at 11:00 a.m.

|  |  |
|---|---|
|  | Sincerely, |
| CHAD A. READLER |   /s/ Daniel G. Jarcho |
| Acting Assistant Attorney General | Daniel G. Jarcho, Attorney In Charge |
|  | Edward L. Marshall |
| MICHAEL S. BLUME | Matthew Ottoway |
| Director | Tamara Tenney |
|  | *Counsel for Plaintiff* |
| ANDREW E. CLARK |  |
| Assistant Director |  |

 s/ Alexander V. Sverdlov
ALEXANDER V. SVERDLOV
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0138
Fax: (202) 514-8742
*Counsel for Defendants*