UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Texas Department Of Criminal Justice
    Plaintiff

v.                                             Case No. 3:17–cv–00001

Food and Drug Administration, et al.
    Defendant

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**    Sixth Floor Courtroom
                United States Post Office and Courthouse
                601 Rosenberg
                Galveston, Texas 77550

**DATE:**    4/3/2017

**TIME:**    11:15 AM

**TYPE OF PROCEEDING:** Discovery Hearing
Motion to Compel – #18

Date:    February 24, 2017

                                                                     David J. Bradley, Clerk