United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-0001 |
| | § | |
| FOOD AND DRUG ADMINISTRATION, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

Upon consideration of the parties' Joint Motion to Stay Proceedings, Dkt. 20, it is hereby **ORDERED** that this matter is stayed until **April 24, 2017**. FDA shall issue its final determination as to the admissibility of the disputed import on or before **April 20, 2017**. On or before **April 24, 2017**, TDCJ shall file a report stating whether TDCJ intends to voluntarily dismiss this case or file an amended complaint. The hearing on the motion to compel set for April 3, 2017 and the pretrial and scheduling conference set for April 26, 2017 are **POSTPONED** until further order of the Court.

SIGNED at Galveston, Texas, this 7th day of March, 2017.

_____
George C. Hanks Jr.
United States District Judge