United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-0001 |
| | § | |
| FOOD AND DRUG ADMINISTRATION, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Upon consideration of Defendants' unopposed motion for an extension of time to respond to Plaintiff's motion to compel, Dkt. 21, and upon due deliberation, it is hereby **ORDERED** that the Motion is granted; and it is further **ORDERED** that Defendants shall file their response by May 1, 2017.

SIGNED at Galveston, Texas, this 7th day of March, 2017.

_____
George C. Hanks Jr.
United States District Judge