UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

|  |  |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:17-cv-00001<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER**

Pursuant to the Court's order dated March 7, 2017, defendants respectfully notify the Court that the United States Food and Drug Administration (FDA) has issued a final decision, refusing admission of the detained drugs into the United States. A copy of the decision has been sent to plaintiff's counsel.

As we previously explained in our joint motion for stay, FDA's issuance of the final decision grants plaintiff all the relief it has sought in this lawsuit. *See* Joint Mot. Stay at 2, Feb. 27, 2017, ECF No. 20. Accordingly, plaintiff's claims have been rendered moot.

-2-

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

    MICHAEL S. BLUME
    Director

    ANDREW E. CLARK
    Assistant Director

    s/ Alexander V. Sverdlov
    ALEXANDER V. SVERDLOV
    Trial Attorney
    Consumer Protection Branch
    Civil Division
    U.S. Department of Justice
    P.O. Box 386
    Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 307-0138
    Fax: (202) 514-8742

April 20, 2017                    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify under penalty of perjury that on this 20th day of April, 2017, a copy of the foregoing "DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

                                  s/ Alexander V. Sverdlov