IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Galveston Division

|  |  |  |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:17-cv-00001 |
| UNITED STATES FOOD AND DRUG ADMINISTRATION et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**STATUS REPORT OF PLAINTIFF**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

In compliance with the Court's March 7, 2017 order, Plaintiff Texas Department of Criminal Justice ("TDCJ") hereby notifies the Court and the Defendants that TDCJ intends to file an amended complaint in this case later this week.  TDCJ respectfully requests the Court to schedule a status conference by telephone in which the parties can discuss deadlines for further proceedings in the case, with the parties conferring in advance of the status conference regarding their respective positions on those deadlines.

Respectfully submitted,

  /s/ Daniel G. Jarcho
Daniel G. Jarcho, Attorney in Charge
Tamara R. Tenney
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 239-3254 (telephone)
(202) 239-3333 (fax)

Edward L. Marshall
   Chief, Criminal Appeals Division
   State Bar No. 00797004
   S.D. Tex. Bar No. 22642
Matthew Ottoway
   Assistant Attorney General
   State Bar No. 24047707
   S.D. Tex. Bar No. 892308
Texas Attorney General's Office
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-2891 (telephone)
(512) 320-8132 (fax)

April 24, 2017

Attorneys for Plaintiff Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, I electronically filed the foregoing Status

Report with the Clerk of the Court for the U.S. District Court, Southern District of Texas,

using the electronic case-filing system of the Court. The electronic case-filing system sent

a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented

in writing to accept the NEF as service of this document by electronic means:

Alexander V. Sverdlov
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Ben Franklin Station
Washington, DC 20044

/s/ Daniel G. Jarcho
Daniel G. Jarcho