# HEARING MINUTES AND ORDER

Cause No.: 3:17-cv-0001
Style:  Texas Department of Criminal Justice v. Food and Drug Administration, et al
Hearing Type: Status Report (Telephonic)

Appearances:

| **Counsel:** | **Representing:** |
|---|---|
| Daniel Jarco, Matthew Ottoway Tamara R. Tenney | Texas Department of Criminal Justice |
| Alexander Sverdlov, Paige Taylor | Food and Drug Administration and Commissioner Robert Califf United States of America |

Date:  April 27, 2017                         ERO: Andy Gould
Time:  11:28am – 11:45am                Case Relief:  Lorraine Trevino

At the hearing, the following rulings were made:

1. Scheduling Conference held.

2. **Parties to submit proposed scheduling order setting forth deadlines by 5:00 PM CST, May 8, 2017.**

3. Parties to submit letter requesting a hearing should there be any issues that may arise.

Signed in Galveston, TX this 27th day of April, 2017.

*George C. Hanks Jr.* (signature)
George C. Hanks, Jr.
United States District Judge