United States District Court
Southern District of Texas
**ENTERED**
May 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>    Plaintiff,<br>VS.<br><br>FOOD AND DRUG ADMINISTRATION, *et al*,<br><br>    Defendants. | CIVIL ACTION NO. 3:17-CV-01 |

## **ORDER**

Upon consideration of the parties' joint motion for an extension of time, and upon due deliberation, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the parties shall submit a proposed briefing schedule for this matter on or before **May 19, 2017**; and it is further

ORDERED that defendants shall file their answer to the amended complaint on or before **May 24, 2017.**

SO ORDERED

SIGNED at Galveston, Texas, this 9th day of May, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge