United States District Court
Southern District of Texas
**ENTERED**
May 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE,  Plaintiff, VS.  FOOD AND DRUG ADMINISTRATION, *et al*,  Defendants. | § § § § § § § § § § § |

CIVIL ACTION NO. 3:17-CV-0001

**ORDER**

Upon consideration of the parties' stipulation filed May 18, 2017, and upon due deliberation, it is hereby **ORDERED** that the parties comply with the actions set forth in the stipulation; and it is further **ORDERED** that the schedule, procedures regarding sealed and redacted documents, and page limits set forth in the stipulation are hereby ordered by the Court.

Further, in light of the stipulations of the parties, the Motion to Compel Discovery filed by Texas Department of Criminal Justice (Dkt. 18) is hereby **DENIED as moot**, without prejudice.

SIGNED at Galveston, Texas, this 22nd day of May, 2017.

*/s/ George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge