UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

|  |  |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | Case No. 3:17-cv-00001 |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, ) ) ) ) | |
| Defendants. ) ) | |

### NOTICE OF PROVIDING ADMINISTRATIVE RECORD TO PLAINTIFF

Pursuant to the Court's order dated May 22, 2017, defendants, the United States Food and Drug Administration, *et al*., respectfully notify the Court that we have sent the certified administrative record to plaintiff, as agreed by the parties and directed by the Court.

                Respectfully submitted,

                CHAD A. READLER
                Acting Assistant Attorney General

                MICHAEL S. BLUME
                Director

                ANDREW E. CLARK
                Assistant Director

                /s/ Alexander V. Sverdlov
                ALEXANDER V. SVERDLOV
                Trial Attorney
                Consumer Protection Branch
                Civil Division
                U.S. Department of Justice
                P.O. Box 386
                Ben Franklin Station
                Washington, DC 20044
                Tel: (202) 307-0138
                Fax: (202) 514-8742

June 5, 2017           Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 5th day of June, 2017, a copy of the foregoing "NOTICE OF PROVIDING ADMINISTRATIVE RECORD TO PLAINTIFF" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

   s/ Alexander V. Sverdlov