UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

|  |  |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:17-cv-00001 ) |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING THE ADMINISTRATIVE RECORD UNDER SEAL

Pursuant to the Court's order dated May 22, 2017, defendants, the United States Food and Drug Administration, *et al*., respectfully notify the Court that we are filing with the Court today the administrative record for this case. The record is being filed under seal, consistent with the terms of the Court's scheduling order.

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        JOSHUA I. WILKENFELD
        Acting Director

        ANDREW E. CLARK
        Assistant Director

         s/ Alexander V. Sverdlov
        ALEXANDER V. SVERDLOV
        Trial Attorney
        Consumer Protection Branch
        Civil Division
        U.S. Department of Justice
        P.O. Box 386
        Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 307-0138
        Fax: (202) 514-8742

June 23, 2017        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 23rd day of June, 2017, a copy of the foregoing "NOTICE OF FILING THE ADMINISTRATIVE RECORD UNDER SEAL" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

                         s/ Alexander V. Sverdlov