United States District Court
Southern District of Texas
**ENTERED**
June 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, § § § Plaintiff, § VS. § FOOD AND DRUG ADMINISTRATION, *et al*, § § Defendants. § | CIVIL ACTION NO. 3:17-CV-01 |

## **ORDER**

Defendants have filed a motion to extend the deadline for filing the administrative record in this case. (Dkt. 42) The motion is unopposed by Plaintiff.

After reviewing the record of this case, the motion, and considering the lack of opposition, the Court finds that the motion should be **GRANTED**.

Accordingly, the Court hereby **ORDERS** that the deadline for filing a redacted version of the administrative record is on or before June 30, 2017.

SIGNED at Galveston, Texas, this 27th day of June, 2017.

_____
George C. Hanks Jr.
United States District Judge