UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

| | |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 3:17-cv-00001 |

## REDACTED ADMINISTRATIVE RECORD

Pursuant to the Court's order dated June 27, 2017, defendants, the United States Food and Drug Administration, *et al.*, respectfully submit the attached redacted administrative record.

Consistent with the terms of the Court's May 22, 2017 scheduling order, the record has been redacted for all information that plaintiff, Texas Department of Criminal Justice (Texas), has identified as confidential. In addition, we have also redacted information that the drug's supplier and broker have separately advised the agency they consider confidential and private, as well as information the agency itself generally treats as confidential. This information has been redacted pending final agency review of confidentiality claims, and our filing of the record with these redactions does not necessarily reflect our agreement with all of the claims of confidentiality that we have received. We explicitly reserve the right to make an independent determination regarding

the proper scope of redactions at a later time.  Should we identify any of Texas's redactions that are over-broad or otherwise improper, we will work with Texas's counsel to revise the redactions in the record.

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        JOSHUA I. WILKENFELD
        Acting Director

        ANDREW E. CLARK
        Assistant Director

        s/ Alexander V. Sverdlov
        ALEXANDER V. SVERDLOV
        Trial Attorney
        Consumer Protection Branch
        Civil Division
        U.S. Department of Justice
        P.O. Box 386
        Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 307-0138
        Fax: (202) 514-8742

June 30, 2017        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 30th day of June, 2017, a copy of the accompanying "REDACTED ADMINISTRATIVE RECORD" was filed electronically.  This filing was served electronically to all parties by operation of the Court's electronic filing system.

 s/ Alexander V. Sverdlov