United States District Court
Southern District of Texas
**ENTERED**
September 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-01 |
| | § § | |
| FOOD AND DRUG ADMINISTRATION, *et al*, | § § § | |
| Defendants. | § § | |

### ORDER EXTENDING CERTAIN DEADLINES

Upon consideration of the defendants' consent motion for an extension of time, (Dkt. 49) and upon due deliberation, it is hereby **ORDERED** that the motion is granted; and it is further **ORDERED** that the defendants shall file a response to plaintiff's motion for summary judgment by **November 28, 2017;** and it is further **ORDERED** that all remaining deadlines specified in the parties' May 18, 2017 stipulated schedule are extended by 60 days.

SIGNED at Galveston, Texas, this 12th day of September, 2017.

_____
George C. Hanks Jr.
United States District Judge