UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

|  |  |  |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:17-cv-00001 |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Court's local rules, defendants, the United States Food and Drug Administration, *et al.*, respectfully request that the Court grant an extension of time, to and including January 5, 2018, for defendants to respond to plaintiff's motion for summary judgment. Defendants' response and cross motion currently is due on November 28, 2017. This is our second request to extend this deadline. Counsel for plaintiff, the Texas Department of Criminal Justice (Texas), has indicated that Texas consents to this request.

The parties have discussed possible ways to resolve this lawsuit. No resolution has yet been reached, but the Federal Government continues to consider options for resolving this matter. To allow those considerations to proceed, and because filing our response to plaintiff's summary judgment brief by November 28 might compromise our deliberations, we believe that it is necessary to request an extension of our filing deadline.

For these reasons, we respectfully ask the Court to grant this consent motion for an extension and permit us to file our response brief on or before January 5, 2018. In the interests

-2-

of fairness, we likewise request that the Court delay all remaining deadlines by a commensurate amount of time, such that plaintiff's combined opposition and reply memorandum would be due March 6, 2018, and defendants' reply memorandum would be due May 7, 2018.

                    Respectfully submitted,

                    CHAD A. READLER
                    Acting Assistant Attorney General

                    ETHAN P. DAVIS
                    Deputy Assistant Attorney General

                    GUSTAV W. EYLER
                    Acting Director

                    ANDREW E. CLARK
                    Assistant Director

                    /s/ Alexander V. Sverdlov
                    ALEXANDER V. SVERDLOV
                    Trial Attorney
                    Consumer Protection Branch
                    Civil Division
                    U.S. Department of Justice
                    P.O. Box 386
                    Ben Franklin Station
                    Washington, DC 20044
                    Tel: (202) 307-0138
                    Fax: (202) 514-8742

November 21, 2017                    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 21st day of November, 2017, a copy of the foregoing "DEFENDANTS' CONSENTS MOTION FOR AN EXTENSION OF TIME" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

    s/ Alexander V. Sverdlov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:17-cv-00001 |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the defendants' consent motion for an extension of time, and upon due deliberation, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that defendants shall file a response to plaintiff's motion for summary judgment by January 5, 2018; and it is further

ORDERED that plaintiff shall file its combined opposition and reply by March 6, 2018, and defendants shall file their reply by May 7, 2018.

SO ORDERED

DATED: _____                        _____
                                              HON. GEORGE C. HANKS, JR.
                                              United States District Judge