Case 3:17-cv-00001   Document 52   Filed in TXSD on 12/04/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-01 |
| | § | |
| FOOD AND DRUG ADMINISTRATION, *et al*, | § § § | |
| Defendants. | § § | |

### **ORDER**

Defendant, the United States of America, has filed a motion for an extension of time (Dkt. 51), seeking additional time to respond to the Motion for Summary Judgment filed by the State of Texas.

After considering the Defendant's motion, and the circumstances of the case, the Court finds that the motion should be **GRANTED** as follows: this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending further Order of this Court. The Court will consider re-opening the case upon notification from counsel that they have agreed upon a final briefing schedule for the dispositive issues in this case, upon a motion from either side asking that the case be re-opened, or upon other circumstances as may be appropriate.

SIGNED at Galveston, Texas, this 4th day of December, 2017.

_____
George C. Hanks Jr.
United States District Judge