UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-001 |
| | § | |
| FOOD AND DRUG ADMINISTRATION, *et al*, | § § § § | |
| Defendants. | § | |

## NOTICE OF SETTING

A telephonic status conference is set at the following date and time:

**May 29, 2018 at 9:30 a.m., CST**

**Parties should be prepared to discuss all pending issues before the Court.**

Please call the conference line at 409-763-7801 ten minutes prior to the scheduled hearing. Once you call the number, you will be connected to the meet-me-line; there will be silence so please hold until the Case Manager calls in to connect all parties. Everyone must be on a landline. No cell phones or speaker phones are permitted. If you have a volume control, please be sure that it is turned up. If more than one attorney/party is on the line, for clarity of the record, please state your name when responding to the Court.

Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: May 21, 2018

Susan Gram
Case Manager to
U.S. District Judge George C. Hanks, Jr.