United States District Court
Southern District of Texas
**ENTERED**
May 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, <br><br> Plaintiff, <br> VS. <br><br> FOOD AND DRUG ADMINISTRATION, *et al*, <br><br> Defendants. | § § § § § § § § § § § |

CIVIL ACTION NO. 3:17-CV-1

## ORDER

The Court scheduled a status conference in this case for May 29, 2018 (Dkt. 56). The defendants have filed an unopposed motion to reschedule that conference. The defendants' motion (Dkt. 57) is **GRANTED**. The status conference will take place on **June 18, 2018 at 1:30 p.m.** At that conference, the Court **will hear argument on the plaintiff's motions to lift the stay in this case and to set a briefing schedule for the parties' cross-motions for summary judgment (Dkt. 53).** The parties should also be prepared to discuss any other issues pending before the Court.

The parties **must appear in person**. The defendants' unopposed request to seal the status conference is taken under advisement.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 25th day of May, 2018.

_____
George C. Hanks Jr.
United States District Judge