UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 17-00001 |
|---|---|---|---|

| Texas Department of Criminal Justice |
|---|
| *versus* |
| U.S. Food and Drug Administration et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ethan P Davis<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel: (202) 616-4171 / E-mail: ethan.davis@usdoj.gov<br>CA (294683); NY (4731055); DC (1019160) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Food and Drug Administration |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __ No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  6/11/2018 | Signed:  s/ Ethan P. Davis |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____

                                                            United States District Judge