United States District Court
Southern District of Texas

**ENTERED**
June 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 17-00001 |
|---|---|---|---|
| Texas Department of Criminal Justice ||||
| *versus* ||||
| U.S. Food and Drug Administration et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ethan P Davis<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel: (202) 616-4171 / E-mail: ethan.davis@usdoj.gov<br>CA (294683); NY (4731055); DC (1019160) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Food and Drug Administration |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/11/2018 | Signed: s/ Ethan P. Davis |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated:     Clerk's signature   *Susan D. Dram* |

**Order**

Dated: 6/11/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge