UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

|  |  |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17-cv-00001 ) |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Pursuant to Rule 7 of the Court's local rules, defendants, the United States Food and Drug Administration, et al., respectfully request that the Court continue for 90 days the status conference that the Court has set for June 18, 2018. See Order, May 25, 2018, ECF No. 58. The Texas Department of Criminal Justice (Texas) consents to this continuance and does not oppose keeping the case stayed in the meantime.

This case is currently stayed and administratively closed. See Order, Dec. 4, 2017, ECF 52. In the May 25, 2018 Order, the Court specified that, at the June 18 status conference, it intended to hear argument on Texas's motion to lift the stay and set a briefing schedule (ECF 53). As we indicated previously, the federal government has been exploring options internally for resolving this lawsuit in a way that would obviate the need for the Court to issue a decision. Granting the requested continuance would allow those internal deliberations to continue.

For this reason, we respectfully request that the Court keep the existing stay in place and continue the June 18, 2018, status conference by 90 days.

-2-

                                          Respectfully submitted,

                                          CHAD A. READLER
                                          Acting Assistant Attorney General

                                          ETHAN P. DAVIS
                                          Deputy Assistant Attorney General

                                          GUSTAV EYLER
                                          Acting Director

                                          ANDREW E. CLARK
                                          Assistant Director

                                           s/ Alexander V. Sverdlov
                                          ALEXANDER V. SVERDLOV
                                          Trial Attorney
                                          Consumer Protection Branch
                                          Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 386
                                          Ben Franklin Station
                                          Washington, DC 20044
                                          Tel: (202) 307-0138
                                          Fax: (202) 514-8742

June 13, 2018                              Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

|  |  |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00001 |

## [PROPOSED] ORDER

Upon consideration of the defendants' consent motion to continue the status conference, and upon due deliberation, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that a status conference in this case is set for September ___, 2018.

SO ORDERED.


DATED: _____                    _____
                                          HON. GEORGE C. HANKS, JR.
                                          United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 13th day of June, 2018, a copy of the foregoing "DEFENDANTS' CONSENT MOTION TO CONTINUE STATUS CONFERENCE" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

    s/ Alexander V. Sverdlov