United States District Court
Southern District of Texas
**ENTERED**
June 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-1 |
| | § | |
| FOOD AND DRUG ADMINISTRATION, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court has set a status conference for June 18, 2018 at which it is scheduled to hear oral argument on Texas's motion to lift the stay and set a briefing schedule in this case. The FDA has filed an unopposed motion to continue that status conference for 90 days. That motion (Dkt. 61) is **GRANTED**. The status conference is rescheduled for **September 13, 2018** at **9:00 a.m.** in the Sixth Floor Courtroom. This case remains **STAYED** and administratively **CLOSED**.

SIGNED at Galveston, Texas, this 15th day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge