UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston Division

|  |  |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 3:17-cv-00001 |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## **DEFENDANTS' RESPONSE TO THE MOTION TO INTERVENE**

Defendants, the United States Food and Drug Administration, *et al.*, respectfully submit this response to the Proposed Intervenors' motion to intervene and seek access to the recently-rescheduled status conference. *See* Mot., June 15, 2018, ECF No. 63. As we explained when the Proposed Intervenors asked for our position, the federal government does not intend to press its request to seal the hearing. Therefore, while we do not oppose the motion to intervene, we believe it is unnecessary.

-2-

                                                Respectfully submitted,

                                                CHAD A. READLER
                                                Acting Assistant Attorney General

                                                ETHAN P. DAVIS
                                                Deputy Assistant Attorney General

                                                GUSTAV EYLER
                                                Acting Director

                                                ANDREW E. CLARK
                                                Assistant Director

                                                /s/ Alexander V. Sverdlov
                                                ALEXANDER V. SVERDLOV
                                                Trial Attorney
                                                Consumer Protection Branch
                                                Civil Division
                                                U.S. Department of Justice
                                                P.O. Box 386
                                                Ben Franklin Station
                                                Washington, DC 20044
                                                Tel: (202) 307-0138
                                                Fax: (202) 514-8742

June 20, 2018                                         Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 20th day of June, 2018, a copy of the foregoing "DEFENDANTS' RESPONSE TO THE MOTION TO INTERVENE" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

    s/ Alexander V. Sverdlov