United States District Court
Southern District of Texas
**ENTERED**
August 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-1 |
| | § | |
| FOOD AND DRUG ADMINISTRATION, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Several media organizations have moved to intervene in this case for the limited purpose of seeking access to the status conference currently scheduled for September 13, 2018. The motion (Dkt. 63) is **GRANTED**. The status conference will be open to the media and to the public at large.

SIGNED at Galveston, Texas, this 6th day of August, 2018.

George C. Hanks Jr.
United States District Judge