United States District Court
Southern District of Texas
**ENTERED**
September 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, §§§§ Plaintiff, § VS. § FOOD AND DRUG ADMINISTRATION, *et al*, §§§§§ Defendants. § | CIVIL ACTION NO. 3:17-CV-1 |

## ORDER

The Court has set a status conference for September 13, 2018. The FDA has filed an unopposed motion to continue that status conference for 90 days. That motion (Dkt. 66) is **GRANTED**. The Court will notify the parties of the new date and time.

The Court has now rescheduled the status conference three times; two of those continuances have been for 90 days. **Absent extraordinary circumstances, no further continuances of the status conference will be granted.**

The pending motion to lift the stay and order a briefing schedule (Dkt. 53) is **DENIED** without prejudice to refiling.

SIGNED at Galveston, Texas, this 11th day of September, 2018.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge